(August 29, 1984)

In the Matter of the Claim of CAROLYN GIBSON, Appellant, v JOHN B. PIKE & SON, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without costs. Since the decision of the board was interlocutory and decided neither all of the substantive issues nor any threshold legal issues, it is not appealable at this stage of the proceeding. Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.